55,762-14

Joseph Barnard Hines
#901768 - Connally Unit
899 F.M. 632
Kenedy, Tx. 78119

This document contains some pages that are of poor quality at the time of imaging.

Clerk of the
Court of Crim. Appeals
P.O. Box 12308, Capitol Station
Austin, Tx. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk

June 1, 2015

RE: WR-55,762-10; TR. NO. 809,892-B, HINES V. STATE

DEAR CLERK,

I filed a writ of mandamus with this court in the above cause, can you please insert my EXHIBIT-B into that mandamus where I have located it.

~~That~~ Thank you for your time in this matter.

C.C.F.

x _A.B. Hines_

1 of 1

Joseph Barnard Hines
#901768 - Connally unit
899 FM 632
Kenedy Tx. 78119

Clerk of the
Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, Tx. 78711

April 13, 2015

Re: APPLICANT'S NOTICE TO THE COURT OF CRIMINAL APPEALS In WR-55.762-10

Dear Clerk,

I'm giving WRITTEN NOTICE THAT I HAVE PLACED MY SUPPLEMENTAL WRIT OF HABEAS CORPUS IN THE PRISON MAIL BOX ON 4-14-15 MAIL TO THE CLERK - CHRIS DANIEL OF HARRIS COUNTY - P.O. Box 4651 - Houston, Tx. 77210-4651, IN THE ABOVE WRIT CAUSE NUMBER.

THANK YOU FOR YOUR TIME.

C.C.F.

x _[signature]_

EX-B

1 OF 1